SEYFARTH SHAW LLP
Shelley R. Hebert (admitted *pro hac vice*)
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Anthony Joseph Fernandez
Quintairos Prieto Wood & Boyer PA
8800 E Raintree Dr., Ste. 100
Scottsdale, AZ 85260
602-954-5605
Fax: 602-954-5606
Email: afernandez@qpwblaw.com

*Attorneys for Defendant*
*The Prudential Insurance Company of America*

SCOTT E. DAVIS, P.C.
Scott E. Davis
24654 N Lake Pleasant Pkwy.
Ste. 103-467
Peoria, AZ 85383
602-482-4300
Email: lisa@scottdavispc.com

*Attorney for Plaintiff Anne Pogue*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Anne Pogue,<br><br>             Plaintiff,<br><br>      v.<br><br>The Prudential Insurance Company of America; Valitas Health Services, Inc.; Valitas Health Services, Inc. Employee Term Life, Accidental Death and Dismemberment and Dependents Term Life Coverage Plan,<br><br>             Defendants. | Case No. 3:22-cv-08133-DJH<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** |

88363684v.1

Plaintiff Anne Pogue ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on October 31, 2022, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within forty-five (45) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for forty-five (45) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for forty-five (45) days.

88363684v.1

| | | |
|---|---|---|
| 1 | DATED: October 31, 2022 | Respectfully submitted, |
| 2 | | SCOTT E. DAVIS, P.C. |
| 4 | | By: */s/ Scott E. Davis* |
| 5 | | Scott E. Davis (signed by filing attorney with permission) |
| 6 | | *Attorney for Plaintiff Anne Pogue* |
| 8 | DATED: October 31, 2022 | Respectfully submitted, |
| 9 | | SEYFARTH SHAW LLP |
| 11 | | By: */s/ Shelley R. Hebert* |
| 12 | | Shelley R. Hebert (admitted *pro hac vice*)<br>SEYFARTH SHAW LLP |
| 13-14 | | Anthony Joseph Fernandez<br>QUINTAIROS PRIETO WOOD & BOYER PA |
| 15-16 | | *Attorneys for Defendant*<br>*The Prudential Insurance Company of America* |

88363684v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

Scott E. Davis
Scott E. Davis PC
24654 N Lake Pleasant Pkwy., Ste. 103-467
Peoria, AZ 85383
602-482-4300
Email: lisa@scottdavispc.com

*/s/ Shelley R. Hebert*
Shelley R. Hebert

88363684v.1